IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA and
NORBERT SOPOLSKY, Revenue
Officer, Internal Revenue Service,   2:06-mc-0042-GEB-DAD

    Petitioners,

vs.

DUANE J. WARD,

    Respondent.   ORDER
_____/

    The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

    On July 10, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed July 10, 2006, are adopted in full;

2. The IRS summons issued to respondent, Duane J. Ward, is enforced; and

3. Respondent, Duane J. Ward, is ordered to appear at the IRS offices at 4330 Watt Avenue, Sacramento, California 95821, before Revenue Officer Norbert Sopolsky or his designated representative, on Friday, August 25, 2006, at 9:00 a.m., or at a later date and time set in writing by the Revenue Officer, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

Dated: July 27, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge